JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST and BOARD OF TRUSTEES OF THE DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> JACK AND MARK STIEFEL DAIRY, <br><br> Defendant. | Case No.: CV 14-1298 DSF (Ex) <br><br><br> JUDGMENT |

    The Clerk having entered default against Defendant Jack and Mark Stiefel Dairy, and the Court having granted Plaintiffs' motion for default judgment in favor of Plaintiffs and against Defendant,

    IT IS ORDERED AND ADJUDGED that judgment be entered against Defendant and in favor of Plaintiffs for $5,250 in general damages and $1,050 in liquidated damages. It is also ordered that pending arbitration concerning

Defendant's withdrawal liability obligations, Defendant shall remit to Plaintiffs quarterly payments of $1,050.00 by the end of March, June, September, and December of each year until Defendant's withdrawal liability balance is paid in full.

Dated: 3/5/15

*/s/ Dale S. Fischer*
Dale S. Fischer
United States District Judge