UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST, and BOARD OF TRUSTEES OF THE DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>JACK & MARK STIEFEL DAIRY,<br><br>Defendant. | Case No.:  CV 14-1298 DSF (Ex)<br><br>**REVISED JUDGMENT**<br><br>Judge:      Hon. Dale S. Fischer |

    The Clerk having entered default against Defendant Jack and Mark Stiefel Dairy, and the Court having granted Plaintiffs' motion for default judgment in favor of Plaintiffs and against Defendant,

    IT IS ORDERED AND ADJUDGED that judgment be entered against Defendant and in favor of Plaintiffs for $5,250 in general damages and $1,050 in liquidated damages. It is also ordered that pending arbitration concerning Defendant's withdrawal liability obligations, Defendant shall remit to Plaintiffs


1  quarterly payments of $1,050.00 by the end of March, June, September, and
2  December of each year until Defendant's withdrawal liability balance is paid in
3  full.
4      IT IS FURTHER ORDERED that, pursuant to 29 U.S.C. § 1132(g)(2)(D),
5  Plaintiffs are also awarded attorneys' fees in the amount of $12,655.00.

Dated: 5/5/15

Dale S. Fischer
United States District Judge