**FILED**
CLERK, U.S. DISTRICT COURT
02/27/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ J. Lam _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST, and BOARD OF TRUSTEES OF THE DAIRY EMPLOYEES UNION LOCAL NO. 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JACK & MARK STIEFEL DAIRY,<br><br>Defendants. | Case No.: 5:14-cv-01298-DSF-E<br><br>[~~XXXXXXXXXXXX~~] [PROPOSED] RENEWAL OF DEFAULT JUDGMENT BY CLERK |

Having originally entered the Default Judgment on May 5, 2015 ("Judgment") against Defendants, JACK & MARK STIEFEL DAIRY *(*"Judgment Debtor" and/or "Defendant"*)*;

NOW, upon Application by Plaintiffs, Dairy Employees Union Local No. 17 Christian Labor Association of the United States of America Pension Trust, and

[PROPOSED] RENEWAL OF DEFAULT JUDGMENT BY CLERK - 1
Case No.: 5:14-cv-01298-DSF-E

Board of Trustees of the Dairy Employees Union Local No. 17 Christian Labor Association of the United States of America Pension Trust, ("Judgment Creditor" and/or "Plaintiff"), and upon declaration that the Judgment Debtors have failed to satisfy the total amount of said Judgment and remains indebted to Judgment Creditors.

IT IS HEREBY ORDERED that the Judgment against Defendants/Judgment Debtors, JACK & MARK STIEFEL DAIRY, be renewed in the amount of **$61,051.64**, as follows:

a. On the Prior Amended Judgment (Entered May 5, 2015; ECF 32)……………………….. $59,905.00

    1. General Damages: $ 5,250.00
    2. Liquidated Damages: $ 1,050.00
    3. Attorney's Fees: $12,655.00
    4. Past Due Interim Withdrawal Liability Payments (39 quarterly payments of $1,050 from June 2015 to December 2024): $40,950.00

    Total: $59,905.00

b. Post-Judgment Interest on General Damages, Liquidated Damages, and Attorney's Fees through January 23, 2025, at 0.25%, accruing at $0.13 per day........................................................ $ 460.59

c. Interest on Past Due Withdrawal Liability Payments through January 23, 2025, at 0.25%, accruing at $0.01 per day................................ $ 686.05

**Total Renewed Judgment $ 61,051.64**

[PROPOSED] RENEWAL OF DEFAULT JUDGMENT BY CLERK - 2
Case No.: 5:14-cv-01298-DSF-E

IT IS FURTHER ORDERED that Defendant shall continue to remit to Plaintiffs quarterly payments of $1,050 by the end of March, June, September, and December of each year until Defendant's withdrawal liability balance is paid in full.

IT IS SO ORDERED.

DATED: February 27, 2025

Brian D. Karth
CLERK OF THE COURT

/s/ _Jenny Lam_
Deputy Clerk